UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. OLEA, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANDREW SAUL, Commissioner of Social Security, <br><br>　　　　Defendant. | No. 5:20-cv-00999-PVC <br><br> JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: May 28, 2021

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　HON. PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE