1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9
ROBERT F. OLEA, JR.,

10

11
    Plaintiff,

12
    v.

13

14
ANDREW SAUL,
Commissioner of Social Security,

15

16
    Defendant.

) No. 5:20-cv-00999-PVC
)
) **ORDER AWARDING EQUAL**
) **ACCESS TO JUSTICE ACT**
) **ATTORNEY FEES AND COSTS**
)
)
)
)
)
)
)

17
    Based upon the parties' Stipulation for Award and Payment of Attorney

18
Fees:

19
    IT IS ORDERED that the Commissioner shall pay attorney fees and

20
expenses the amount of THREE THOUSAND TWO HUNDRED THIRTY

21
DOLLARS and FIFTY-FOUR CENTS ($3,043.54), and costs under 28 U.S.C. §

22
1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§

23
2412(d), 1920, subject to the terms of the above-referenced Stipulation.

24

25
Dated: June 23, 2021

26
_____
27
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

28

1